JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PULTE HOME CORPORATION, a Michigan corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation; BUILDING MATERIALS CONSTRUCTION SERVICES, INC. a Delaware corporation; INSURANCE CORPORATION OF HANNOVER, a New York corporation; IRONSHORE SPECIALTY INSURANCE COMPANY, an Arizona corporation; XCEL BUILDING GROUP, INC., a California corporation; and DOES 1-10 inclusive,<br><br>　　　　Defendants. | Case No. 2:22-CV-06332-FMO-RAO<br><br>Hon. Fernando M. Olguin<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

On December 13, 2022, Plaintiff Pulte Home Corporation filed a Voluntary Notice of Dismissal, without prejudice, of all defendants in this action.

This action is therefore dismissed in its entirety pursuant to Fed. R. Civ. P., Rule 41(a)(1). Each party is to bear its own costs and attorneys' fees.

DATED:  December 14, 2022

/s/
_____
FERNANDO M. OLGUIN
UNITED STATES DISTRICT COURT

Respectfully submitted by:
Scott S. Thomas, Bar No. 106720
sst@paynefears.com
Nathan A. Cazier, Bar No. 241744
nac@paynefears.com
Connor L. Kridle, Bar No. 345476
clk@paynefears.com
PAYNE & FEARS LLP
Attorneys at Law
4 Park Plaza, Suite 1100
Irvine, California 92614
Telephone: (949) 851-1100
Facsimile: (949) 851-1212

Attorneys for Plaintiff
PULTE HOME CORPORATION

4865-5865-6067.2